UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>          Plaintiff,            )<br>                                 )<br>     v.                          )<br>                                 )<br>RICHARD WILLIAM ROGERS,          )<br>JR.,                             )<br>                                 )<br>          Defendant.             )<br>_____  | Case No. **CR 04-84-JFW**<br><br>**ORDER DENYING PETITION FOR REVIEW OF SENTENCE PURSUANT TO 18 U.S.C.§3742** |

Defendant Richard William Rogers, Jr.'s Petition for Review of Sentence Pursuant to 18 U.S.C. §3742 was decided without hearing on March 27, 2009.  Having reviewed the papers filed in connection with this matter and being fully apprised of the relevant facts and law,

IT IS HEREBY ORDERED that Defendant Richard William Rogers, Jr.'s Petition for Review of Sentence Pursuant to 18 U.S.C. §3742 is DENIED.

IT IS SO ORDERED.

Dated: March 27, 2009                    _____
                                          JOHN F. WALTER
                                          UNITED STATES DISTRICT JUDGE

(Rev. 10/15/08)